UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | CIVIL ACTION |
| Plaintiff | * | NUMBER: 19-10675 |
| v. | * | JUDGE |
| 0.017 ACRES of LAND, MORE or LESS, SITUATED in PARISH of PLAQUEMINES | * | MAGISTRATE |
| STATE of LOUISIANA, and ESTATE of OLEVER TURNER RILEY | * | TRACT NO. 623E |
| | * | |
| Defendants | | |
| * * * | | |

## COMPLAINT IN CONDEMNATION

1. This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2. The uses for which the property is to be taken and the authority for the taking are set forth in Schedule "A" annexed hereto and made a part hereof.

3. The property to be taken, the estates to be taken and the names and addresses of the persons having or claiming an interest in said property are described in Schedules "B", "C", "D", "E", "F"and "G" annexed hereto and made a part hereof.

4. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

    Respectfully submitted,

    PETER G. STRASSER
    UNITED STATES ATTORNEY

    */s/ Glenn K. Schreiber*
    GLENN K. SCHREIBER
    Assistant United States Attorney
    U.S. Attorney's Office (E.D. La.)
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3093
    Fax: (504) 680-3174
    glenn.schreiber@usdoj.gov

## SCHEDULE A

### Tract No. 623E

**AUTHORITY FOR THE TAKING:**

The authority for the taking of the interest in land is under and in accordance with the 40 U.S.C. §§ 3113 and 3114; 33 U.S.C. §§591 and 594; and 33 U.S.C. § 701n, which authorizes the repair and rehabilitation of any flood control work threatened or destroyed by flood; Section 203 of the Flood Control Act of 1962, Pub. L. No. 87-874, 76 Stat. 1173, 1184, as amended, which authorized the hurricane flood protection project on the Mississippi River Delta at and below New Orleans, Louisiana, now known as the New Orleans to Venice Hurricane Protection Project; and Chapter 3 of Title I of Division B of the Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680, 2762-2763, which Act made funds available for such purposes.

## **SCHEDULE B**

### **Tract No. 623E**

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair and restoration of the New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines Parish, Louisiana, and for such other uses as may be authorized by Congress or by Executive Order.

**SCHEDULE C**

**Tract No. 623E**

**LEGAL DESCRIPTION:**

     **A CERTAIN TRACT OF LAND** designated as Tract No. 623E, together with any and all buildings, improvements and appurtenances thereon, located in Section 42, Township 19 South, Range 28 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

     For a **POINT OF REFERENCE (P.O.R.)**, commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 388+86.72, having coordinate values of x=3814378.7290 and y=351840.2474, thence run South 79 degrees, 00 minutes, 27 seconds East along said Buras Levee District baseline a distance of 2338.30 feet to a point, thence run South 22 degrees, 58 minutes, 34 seconds West a distance of 107.18 feet to the POINT OF BEGINNING (P.O.B.), having coordinate values of x=3816632.2831 and y=351295.6987.

     From the **POINT OF BEGINNING**, run South 79 degrees, 09 minutes, 37 seconds East, a distance of 50.17 feet; thence run South 22 degrees, 58 minutes, 34 seconds West, a distance of 14.99 feet; thence run North 79 degrees, 08 minutes, 53 seconds West, a distance of 50.17 feet; thence run North 22 degrees, 58 minutes, 34 seconds East, a distance of 15.39 feet to the point of beginning.

The above described tract contains **0.017 acres, more or less**.

Being a portion of the same property acquired by Olever Turner Riley from Julia Taylor widow of George Turner, et als, by Cash Sale recorded on October 2, 1963 in COB 266, folio 439, in the records of Plaquemines Parish, Louisiana.



**SCHEDULE D**

**Tract No. 623E**

## SCHEDULE E

## Tract No. 623E

**ESTATE TAKEN:**

    A perpetual and assignable right and easement in Tract No. 623E, to construct, maintain, repair, operate, patrol and replace a flood protection levee, including all appurtenances thereto; reserving, however, to the owners, their heirs and assigns, all such rights and privileges in the land as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

## **SCHEDULE F**

### **Tract No. 623E**

**ESTIMATE OF JUST COMPENSATION:**

The estimated just compensation to be deposited in the Registry of the Court: Two Thousand and no/100 dollars ($2,000.00).

**SCHEDULE G**

**Tract No. 623E**

**LIST OF PARTIES:**

All Unknown Heirs, Legatees, Successors and
Assigns having or claiming an interest in the
Estate of Olever Turner Riley
*aka* Olever T. Riley
*aka* Oleaver T. Riley
*aka* Olivia T. Riley
*aka* Olever Turner
*aka* Oleaver Turner
*aka* Oleaver Riley
*aka* Olivia Riley
*aka* Olivia Turner
Addresses unknown

Mona Riley                                               Heir of Olever Turner Riley
2216 Cupcake Road, Lot 61
Erath, Louisiana 70533

All Unknown Heirs, Legatees, Successors and              Heir of Olever Turner Riley
Assigns having or claiming an interest in the
Estate of Larry Claude Turner, Sr.
Addresses unknown

Tawanda A. Williams                                      Heir of Larry Claude Turner, Sr.
17362 Cherry Creek Drive
Prairieville, Louisiana 70769

Larry Claude Turner, Jr.                                 Heir of Larry Claude Turner, Sr.
P.O. Box 1391
Braithwaite, Louisiana 70040

Kevin R. Griffin                                         Heir of Larry Claude Turner, Sr.
29853 Highway 23
Port Sulphur, Louisiana 70083

All Unknown Heirs, Legatees, Successors and              Heir of Olever Turner Riley
Assigns having or claiming an interest in the
Estate of Mervin Riley, Sr.
Addresses unknown

| | |
|---|---|
| Sharon Fritz<br>P.O. Box 879<br>Empire, Louisiana 70050 | Heir of Mervin Riley, Sr. |
| Roselyn Bartholomew<br>*aka* Rosalind Barthelemy<br>P.O. Box 516<br>Boothville, Louisiana 70038 | Heir of Mervin Riley, Sr. |
| Vickie L. Riley<br>*aka* Vickie Brooks<br>*aka* Vickie Avist<br>P.O. Box 628<br>Empire, Louisiana 70050 | Heir of Mervin Riley, Sr. |
| Mervin Riley, Jr.<br>294 Right Avenue<br>Gretna, Louisiana 70056 | Heir of Mervin Riley, Sr. |
| Jude Riley<br>P.O. Box 516<br>Boothville, Louisiana 70038 | Heir of Mervin Riley, Sr. |
| Cletus Riley<br>P.O. Box 200613<br>Anchorage, Alaska 99520 | Heir of Mervin Riley, Sr. |
| All Unknown Heirs, Legatees, Successors and Assigns having or claiming an interest in the Estate of Melvin Riley, Sr.<br>Addresses unknown | Heir of Olever Turner Riley |
| Melvin Riley, Jr.<br>142 Rachel Street<br>Natchitoches, Louisiana 71457 | Heir of Melvin Riley, Sr. |
| Christopher D. Riley<br>6831 Holley Avenue, Lot 20<br>Moss Point, Mississippi 39562 | Heir of Melvin Riley, Sr. |
| Frankita Riley Mackey<br>112 Ellen Street<br>Natchitoches, Louisiana 71457 | Heir of Melvin Riley, Sr. |
| Tonya Selina Riley<br>2130 Cupcake Road, Lot 38<br>Erath, Louisiana 70533 | Heir of Melvin Riley, Sr. |

| | |
|---|---|
| Jemere M. Riley<br>210 South Myrtle Street<br>Abbeville, Louisiana  70510 | Heir of Melvin Riley, Sr. |
| Nea Riley Taylor<br>443 Elmo Street, Apt. 28<br>Marksville, Louisiana  71351 | Heir of Melvin Riley, Sr. |
| Andrea Riley Sellers<br>305 South Bailey Street<br>Abbeville, Louisiana  70510 | Heir of Melvin Riley, Sr. |
| Scott Riley<br>P.O. Box 579<br>Empire, Louisiana  70050 | Heir of Melvin Riley, Sr. |
| Matthew Riley<br>P.O. Box 962<br>Port Sulphur, Louisiana  70083 | Heir of Melvin Riley, Sr. |
| Caprice Henry<br>P.O. Box 579<br>Empire, Louisiana  70050 | Heir of Melvin Riley, Sr. |
| Beverly Riley<br>1517 Hickory Street<br>Patterson, Louisiana  70392 | Heir of Melvin Riley, Sr. |
| Devora Riley Tugwell<br>147 East Bellevue Lane<br>Port Sulphur, Louisiana 70083 | Heir of Melvin Riley, Sr. |
| Jamie Riley<br>26033 River Road<br>Port Sulphur, Louisiana  70083 | Heir of Melvin Riley, Sr. |
| All Unknown Heirs, Legatees, Successors and Assigns having or claiming an interest in the Estate of Elvira Riley Espadron<br>Addresses unknown | Heir of Olever Turner Riley |
| Keith Espadron<br>176 South Street<br>Port Sulphur, Louisiana  70083 | Heir of Elvira Riley Espadron |

| | |
|---|---|
| Kirk Espadron<br>141 Jeni Lane<br>Abbeville, Louisiana 70510 | Heir of Elvira Riley Espadron |
| Kerri Espadron<br>1544 Claire Avenue, Apt. C<br>Gretna, Louisiana 70053 | Heir of Elvira Riley Espadron |
| Karen Pleasure<br>P.O. Box 143401<br>Anchorage, Alaska 99514 | Heir of Elvira Riley Espadron |
| Kimberly Encalade<br>8957 Spring Grove Drive<br>Baton Rouge, Louisiana 70809 | Heir of Elvira Riley Espadron |
| All Unknown Heirs, Legatees, Successors and Assigns having or claiming an interest in the Estate of Barbara Riley Patrick<br>Addresses unknown | Heir of Olever Turner Riley |
| Ericka Patrick<br>1695 Graves Road, #1704<br>Norcross, Georgia 30093 | Heir of Barbara Riley Patrick |
| Mary Ann Lobrie Riley<br>133 Bergeron Drive<br>Belle Chasse, Louisiana 70037 | Universal Legatee of Leroy L. Riley |
| All Unknown Heirs, Legatees, Successors and Assigns having or claiming an interest in the Estate of Terry Riley<br>Addresses unknown | Heir of Olever Turner Riley |
| Lakisha Riley Merrick<br>6002 Mosaic Trail<br>Killeen, Texas 76542 | Heir of Terry Riley |
| All Unknown Heirs, Legatees, Successors and Assigns having or claiming an interest in the Estate of Clevon Riley, Sr.<br>Addresses unknown | Heir of Terry Riley |
| Asphenn Riley<br>3625 Aspen Drive<br>Harvey, Louisiana 70058 | Heir of Clevon Riley, Sr. |

**SCH G, Page 4**

| | |
|---|---|
| Clevon Riley, Jr.<br>3625 Aspen Drive<br>Harvey, Louisiana  70058 | Heir of Clevon Riley, Sr. |
| Trevon Riley<br>3625 Aspen Drive<br>Harvey, Louisiana  70058 | Heir of Clevon Riley, Sr. |
| Keith Riley<br>3625 Aspen Drive<br>Harvey, Louisiana  70058 | Heir of Clevon Riley, Sr.<br>Minor Child |
| Kevin Riley<br>3625 Aspen Drive<br>Harvey, Louisiana  70058 | Heir of Clevon Riley, Sr.<br>Minor Child |
| Unknown Owners | |
| Plaquemines Parish Government<br>c/o  President Amos Cormier, Jr.<br>8056 Highway 23<br>Suite 308<br>Belle Chasse, Louisiana 70037 | Commandeering Authority |
| Sheriff & Ex-Officio Tax Collector<br>Parish of Plaquemines<br>302 Main Street<br>Belle Chasse, Louisiana  70037 | Taxing Authority |

**SCH G, Page 5**

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
0.017 Acres of Land, More or Less, Situated in Parish of Plaquemines, State of Louisiana, and Estate of Olever Turner Riley, et al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Plaquemines
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Glenn K. Schreiber, AUSA
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street, 16th Floor
New Orleans, LA 70130
(504) 680-3093

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) (For Diversity Cases Only) and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 400 State Reapportionment |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 410 Antitrust |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 430 Banks and Banking |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 720 Labor/Mgmt. Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Med. Malpractice | [ ] 380 Other Personal Property Damage | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [X] 210 Land Condemnation | [ ] 440 Other Civil Rights | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | **Habeas Corpus:** | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | [ ] 448 Education | [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district *(specify)*
[ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 71A, Fed.R.Civ.P. and the 5th Amendment of the Constitution per 28 USC Sec. 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 05/24/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Glenn K. Schreiber

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE

JS 44 Reverse (Rev. 09/11)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.   Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause **Do not cite jurisdictional statutes unless diversity**.          Example:          U.S. Civil Statute: 47 USC 553
                                                                                Brief Description: Unauthorized reception of cable service

**VII.   Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases**. This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.